UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ORLANDO AVILES,

                Plaintiff,

    -against-

DAVID HUNT, et al.,

               Defendants.

25-CV-5037 (LTS)

ORDER OF DISMISSAL

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

    On August 19, 2025, the Court received a notice from Plaintiff, indicating that he seeks to close this action because he filed a duplicate lawsuit against the same defendants where he paid the fees. That action is pending under docket number 25-CV-5071 (AT) (OTW). The Court grants Plaintiff's request and dismisses this action as duplicative of 25-CV-5071, without prejudice to the litigation of the claims in the 25-CV-5071 action.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

    The Court directs the Clerk of Court to enter judgment in this action.

SO ORDERED.

Dated:  September 8, 2025
            New York, New York

                                        /s/ Laura Taylor Swain
                                           LAURA TAYLOR SWAIN
                                       Chief United States District Judge