UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ORLANDO AVILES,<br><br>       Plaintiff,<br><br>  -against-<br><br>DAVID HUNT, ET AL.,<br><br>       Defendants. | 25-cv-5037 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the September 8, 2025, order, this action is dismissed.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: September 11, 2025
     New York, New York

               /s/ Laura Taylor Swain
               LAURA TAYLOR SWAIN
              Chief United States District Judge